**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-4977**

—————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

CHARLIE MCPHERSON,

                                        Defendant - Appellant.

—————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge. (CR-98-323)

—————

Submitted:  May 16, 2002                 Decided:  May 22, 2002

—————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

John D. Bryson, WYATT, EARLY, HARRIS & WHEELER, L.L.P., High Point, North Carolina, for Appellant.  Anna Mills Wagoner, United States Attorney, Lisa B. Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie McPherson was resentenced on his guilty plea to felon in possession of a firearm, in violation of 18 U.S.C.A. § 922(g)(1) (West 2000). He appeals that sentence, claiming the district court erred in declining to depart based upon an over-representation of criminal history, and asserting that the district court mistakenly believed that it lacked authority to depart. We find McPherson's claim that the district court erred in refusing to grant his motion for a downward departure to be without merit. 18 U.S.C.A. § 3742 (West 2000); United States v. Bayerle, 898 F.2d 28, 31 (4th Cir. 1990). A fair and complete reading of the record reveals that the district court fully considered its authority to depart, and factually determined that departure in McPherson's case was not warranted. The district court is not required to do more. Bayerle, 898 F.2d at 31. Accordingly, we affirm McPherson's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2